THOMAS A. MARINO
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Washington & Linden
Scranton, PA  18503
Phone:   (570)348-2800

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:CV-00-1003 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | SATISFACTION OF JUDGMENT |
| | ) | (Caldwell, J.) |
| | ) | |
| PAUL M. JENNINGS, | ) | |
| Defendant. | ) | |

FILED
SCRANTON

JUL 2 9 2003

PER ~~of that~~
DEPUTY CLERK

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Full satisfaction is hereby acknowledged of that

certain judgment entered on August 14, 2000, in favor of the

United States of America, against the above-named defendant.  The

Clerk is hereby authorized and directed to enter full

satisfaction of record in this action.

DATED:  July 14, 2003

THOMAS A. MARINO
United States Attorney

/s BARBARA K. WHITAKER
BARBARA K. WHITAKER
Assistant U.S. Attorney

KAREN M. MUSLOSKI
Paralegal Specialist